# Law Offices of Jim Brown, P.A.

1600 Burnside Street, Suite 100• P.O. Box 592
Beaufort, SC 29901-0592
Phone: (843) 470-0003   Fax: (843) 470-0004
jimbrownlaw@hargray.com
www.attorneyjimbrown.com

September 23, 2014

**LEGAL MAIL**
Jose Nicanor Escobar-Lopez, # 25031-171
Oakdale FDC
P.O. Box 5010
Oakdale, LA 71463

      Re:    US v. Jose Nicanor Escobar-Lopez; 14-4213

Dear Mr. Lopez:

I am writing to inform you that you will soon be receiving a copy of your brief from Counsel Press, the print company which filed your brief today with the Court of Appeals. As you will see, I filed an <u>Anders</u> brief, stating that I found no meritorious issues to present on direct appeal. Because I found it necessary to take this approach in your case, you have the right to raise any additional issues in your appeal that you feel should be raised. You will be receiving from the Court of Appeals a notification of the time within which you may raise these additional arguments. Please call if you have any questions.

Sincerely,

/s/ Jim Brown
Jim Brown

    cc:    Clerk of the Court of Appeals for the Fourth Circuit